# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

SHINDID A. BRADDOCK
ADC #707527                                                    PLAINTIFF

v.                      No. 1:19-cv-84-DPM-PSH

ANDREW BANKS,
Sergeant, McPherson Unit                                       DEFENDANT

## ORDER

The Court adopts Magistrate Judge Harris's unopposed partial recommendation, № 11. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Braddock's equal protection claim is dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 December 2019