IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SHINDID A. BRADDOCK
ADC #707527                                                                PLAINTIFF

v.                              No. 1:19-cv-84-DPM-PSH

ANDREW BANKS,
Sergeant, McPherson Unit                                                   DEFENDANT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Harris's partial recommendation, *Doc. 20*, and overrules Braddock's objections, *Doc. 21*. FED. R. CIV. P. 72(b)(3). Banks's motion to dismiss, *Doc. 16*, is partly granted and partly denied. Braddock's official capacity claims for damages are dismissed without prejudice. Her failure-to-protect claim against Banks in his individual capacity goes forward.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 May 2020