IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

SHINDID A. BRADDOCK
ADC #707527                                                      PLAINTIFF

v.                      No. 1:19-cv-84-DPM-PSH

ANDREW BANKS,
Sergeant, McPherson Unit                                         DEFENDANT

ORDER

The Court adopts Magistrate Judge Harris's unopposed partial recommendation, *Doc. 36*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc. 28*, denied.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 November 2020