IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

SHINDID A. BRADDOCK
ADC #707527                                                             PLAINTIFF

v.                        No. 1:19-cv-84-DPM

ANDREW BANKS,
Sergeant, McPherson Unit                                 DEFENDANT

ORDER

The Court adopts Magistrate Judge Harris's unopposed recommendation, *Doc. 51*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Braddock didn't provide Banks with enough information to make Banks aware that a substantial risk of serious harm from Ashmore existed. And the record doesn't show that Banks was deliberately indifferent to a substantial risk of serious harm Braddock faced. Banks's motion for summary judgment, *Doc. 47*, is granted.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 March 2022