IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

SHINDID A. BRADDOCK
ADC #707527                                                                     PLAINTIFF

v.                    No. 1:19-cv-84-DPM

ANDREW BANKS,
Sergeant, McPherson Unit                                     DEFENDANT

## JUDGMENT

Braddock's equal protection claim and her official capacity claims for damages against Banks are dismissed without prejudice. Her failure-to-protect claim against Banks is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

11 March 2022